SEDGWICK, DETERT, MORAN & ARNOLD LLP
REBECCA A. HULL  Bar No. 99802
CARI COHORN  Bar No. 249056
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendants
SALARY CONTINUANCE AND LONG
TERM DISABILITY PLAN; KAISER FOUNDATION
HEALTH PLAN; KAISER PERMANENTE
SALARIED RETIREMENT PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| LINDA HOLT, | CASE NO. C 07 4656 MEJ |
|---|---|
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S COMPLAINT** |
| v. | |
| SALARY CONTINUANCE AND LONG TERM DISABILITY PLAN; KAISER FOUNDATION HEALTH PLAN; KAISER PERMANENTE SALARIED RETIREMENT PLAN, | JUDGE:<br>DEPT:<br>DATE:<br>TIME: |
| Defendants. | |

Pursuant to Northern District Local Rule 6-1(a), Plaintiff Linda Holt and Defendants Salary Continuance and Long Term Disability Plan; Kaiser Foundation Health Plan; Kaiser Permanente Salaried Retirement Plan ("defendants"), by and through their attorneys, hereby stipulate and agree to an extension of time for defendants to respond to plaintiff's complaint, and that defendants' responsive pleading will be due by November 28, 2007.

///

///

///

///

1 | There have been no prior extensions of time.

2 | IT IS SO AGREED AND STIPULATED.

3 | DATED: October 29, 2007    The ERISA Law Group

By:    /s/ Thornton Davidson (as authorized 10/29/07)
     Thornton Davidson
     Attorneys for Plaintiff Linda Holt

DATED: October 29, 2007    SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: /s/ Rebecca A. Hull
    Rebecca A. Hull
    Cari A. Cohorn
    Attorneys for Defendants
    SALARY CONTINUANCE AND LONG TERM
    DISABILITY PLAN; KAISER FOUNDATION
    HEALTH PLAN; KAISER PERMANENTE
    SALARIED RETIREMENT PLAN