# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

LINDA HOLT

V.

SALARY CONTINUANCE AND LONG TERM
DISABILITY PLAN; KAISER FOUNDATION
HEALTH PLAN; KAISER PERMENENTE SALAR

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-4656 MBJ

TO: (Name and address of defendant)

Kaiser Permenente Salaried Retirement Plan
Kaiser Foundation Health Plan, Inc.
1 Kaiser Plaza
Oakland, CA 94612

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thornton Davidson
The ERISA Law Group
2055 San Joaquin Street
Fresno, CA 93721

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE SEP 1 9 2007

(BY) DEPUTY CLERK
GLORIA ACEVEDO

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| ROBERT J. ROSATI<br>ATTORNEY AT LAW<br>ROBERT J. ROSATI - SBN # 112006<br>2055 SAN JOAQUIN STREET<br>FRESNO, CA 93721-0000<br>ATTORNEY FOR (NAME)   LINDA HOLT | (559) 256-9800<br><br>REFERENCE NUMBER<br>0G952845-01 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT,

SHORT NAME OF CASE
LINDA HOLT vs. SALARY CONTINUANCE, ET AL

| PROOF OF SERVICE | HEARING DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>074656MEJ |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

I served the:
SEE ATTACHED LIST OF DOCUMENTS;

**Name:** KAISER PERMENENTE SALARIED RETIREMENT PLAN, KAISER FOUNDATION HEALTH PLAN, INC.

**Person Served:** JENELLE FLEWELLEN
**Title:** PERSON AUTHORIZED TO ACCEPT

**Date of Delivery:** 10/09/07
**Time of Delivery:** 03:10 pm

**Place of Service:** 1 KAISER PLAZA
OAKLAND, CA 94612                     (Business)

**Manner of Service:** Personal Service - By Personally Delivering Copies.

**In Compliance With:**   [X] Federal Rules of Civil Procedure
[ ] California Code of Civil Procedure

**Fee for service:** $ 57.12

JUDICIAL COUNCIL FORM, RULE #982 (A)(23)

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed
on: October 12, 2007
at: Oakland, CA 94610, California.

[X] Registered: ALAMEDA County,
Number: .......

Attorney's Diversified Services
2421 Mendocino Avenue, #200A
SANTA ROSA, CA 95403
(707) 545-5455

Client File # HOLT VS. SALARY CONTINUANCE

30B/0G952845-01
PROOF OF SERVICE

Signature: _____
Name: PAUL HOLLINS
Title: REGISTERED PROCESS SERVER