1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   REBECCA A. HULL  Bar No. 99802
2  CARI A. COHORN  Bar No. 249056
   One Market Plaza
3  Steuart Tower, 8th Floor
   San Francisco, California 94105
4  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
5
   Attorneys for Defendants
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 LINDA HOLT,                          CASE NO. C 07 4656 MEJ

11        Plaintiff,                    **DEFENDANTS' CERTIFICATION OF
                                        INTERESTED ENTITIES OR PERSONS**
12        v.

13 SALARY CONTINUANCE AND LONG
   TERM DISABILITY PLAN; KAISER
14 FOUNDATION HEALTH PLAN;
   KAISER PERMANENTE SALARIED
15 RETIREMENT PLAN,

16        Defendants.

17

18        Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,

19 associations of persons, firms, partnerships, corporations (including parent corporations or other

20 entities (i) have a financial interest in the subject matter in controversy or in a party to the

21 proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

22 substantially affected by the outcome of this proceeding:

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1. Metropolitan Life Insurance Company;

2. Salary Continuance And Long Term Disability Plan;

3. Kaiser Foundation Health Plan;

4. Kaiser Permanente Salaried Retirement Plan

DATED: November 28, 2007        SEDGWICK, DETERT, MORAN & ARNOLD LLP


By: /s/ Rebecca A. Hull
    Rebecca A. Hull
    Cari A. Cohorn
    Attorneys for Defendants