1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   REBECCA A. HULL  Bar No. 99802
2  CARI A. COHORN  Bar No. 249056
   One Market Plaza
3  Steuart Tower, 8th Floor
   San Francisco, California 94105
4  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
5
   Attorneys for Defendants
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10  LINDA HOLT,                          CASE NO. C 07 4656 MEJ

11           Plaintiff,                  DECLINATION TO PROCEED BEFORE A
                                         MAGISTRATE JUDGE AND REQUEST FOR
12      v.                               REASSIGNMENT TO A UNITED STATES
                                         DISTRICT JUDGE
13  SALARY CONTINUANCE AND LONG
    TERM DISABILITY PLAN; KAISER
14  FOUNDATION HEALTH PLAN;
    KAISER PERMANENTE SALARIED
15  RETIREMENT PLAN,

16           Defendants.

17        REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

18        The undersigned parties hereby decline to consent to the assignment of this case to a

19  United States Magistrate Judge for trial and disposition and hereby requests the reassignment of

20  this case to a United States District Judge.

21  DATED:  December 4, 2007        SEDGWICK, DETERT, MORAN & ARNOLD LLP

22

23

24                              By: /s/ Rebecca A. Hull
                                    Rebecca A. Hull
25                                  Cari A. Cohorn
                                    Attorneys for Defendants
26

27

28
                                    -1-              CASE NO. C 07 4656 MEJ