# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Holt,<br><br>        Plaintiff(s),<br><br>    v.<br><br>Salary Continuance and Long Term Disability Plan,<br><br>        Defendant(s). | 07-04656 MJJ<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax

1  (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,
2  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
3  to an e-mail directed to adr@cand.uscourts.gov.
4
5       It is the responsibility of counsel to schedule an ADR Phone Conference, if
6  required, to occur <u>before</u> the Case Management Conference.
7
8
9  Dated: February 7, 2008
10                                             RICHARD W. WIEKING
                                               Clerk
11                                             by:    Timothy J. Smagacz

12                                             *Timothy Smagacz*
13                                             ―――――――――――――――――――
                                               ADR Administrative Assistant
                                               415-522-4205
14                                             Tim_Smagacz@cand.uscourts.gov

**Notice Re: Noncompliance With Court Order**
07-04656 MJJ                                      -2-

PROOF OF SERVICE

Case Name:	Holt v. Salary Continuance and Long Term Disability Plan

Case Number:	07-04656 MJJ

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

>   ADR Program
>   United States District Court
>   Norther District of California
>   450 Golden Gate Avenue Floor 16
>   San Francisco, CA 94102

On February 7, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

>   Thornton Davidson
>   Davidson & Hawkins
>   2055 San Joaquin Street
>   Fresno, CA 96721
>   rosatilaw@aol.com
>
>   Rebecca A. Hull
>   Sedwick, Detert, Moran & Arnold LLP
>   One Market Plaza
>   Steuart Tower, 8th Floor
>   San Francisco, Ca 94105
>   rebecca.hull@sdma.com
>
>   Cari Ann Cohorn
>   Sedgwick, Detert, Moran & Arnold LLP
>   1 Market Plaza
>   Steuart Tower, 8th Floor
>   Labor & Employment
>   San Francisco, CA 94105
>   cari.cohorn@sdma.com

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on February 7, 2008 in San Francisco, California.

> RICHARD W. WIEKING
> Clerk
> by:    Timothy J. Smagacz
>
> *Timothy Smagacz*
> ADR Administrative Assistant
> 415-522-4205
> Tim_Smagacz@cand.uscourts.gov