1 **THORNTON DAVIDSON**, #166487
The ERISA Law Group
2 2055 San Joaquin Street
Fresno, California 93721-2717
3 Telephone:     (559) 256-9800
Facsimile:      (559) 256-9795
4 e-mail:thorntondavidson@aol.com

5

6 Attorney for Plaintiff, LINDA HOLT

7                            UNITED STATES DISTRICT COURT FOR

8                           THE NORTHERN DISTRICT OF CALIFORNIA

9
LINDA HOLT,                                    )    Case No.: C 07-4656 MJJ
10                                             )
         Plaintiff,                            )    **REQUEST TO APPEAR BY TELEPHONE**
11  v.                                         )    **FOR THE INITIAL JOINT CASE**
                                               )    **MANAGEMENT CONFERENCE AND**
12  SALARY CONTINUANCE AND LONG                )    **[PROPOSED] ORDER**
    TERM DISABILITY PLAN; KAISER               )
13  FOUNDATION HEALTH PLAN; KAISER             )    Date:  February 26, 2008
    PERMANENTE SALARIED RETIREMENT             )    Time:  2:00 p.m.
14  PLAN                                       )    Judge: Honorable Martin J. Jenkins
                                               )    Place: Courtroom 11, 19th Floor
15         Defendants.                         )
    _____)
16

17
        I, Thornton Davidson, counsel for plaintiff Linda Holt, hereby request, pursuant to Local
18
Rule 16-10, to participate in the initial Case Management Conference by telephone.  This request is
19
made for the following reasons:
20
        1.    The initial Case Management Conference is scheduled for February 26, 2008 at 2:00
21
              p.m. in Courtroom 11, 19th Floor, before the Honorable Martin J. Jenkins.
22
        2.    Counsel for the parties have prepared and filed the Joint Case Management
23
              Statement.
24
        3.    This request to appear by telephone is made because Plaintiff's counsel maintains his
25
              office in the City of Fresno, California, a distance of approximately 200 miles from
26
              the courthouse.
27
        4.    Defense Counsel does not object to my appearance by telephone.
28

REQUEST TO APPEAR BY TELEPHONE AND [PROPOSED] ORDER
CASE NO.: 07-4656 MJJ

1

Dated: February 12, 2008          /S/ Thornton Davidson
                                  THORNTON DAVIDSON
                                  Attorney for Plaintiff,
                                  LINDA HOLT

### [PROPOSED] ORDER

    Plaintiff's counsel, Thornton Davidson, may participate in the initial Case Management Conference in this action by telephone.

Dated: _____          _____
                                  HONORABLE MARTIN J. JENKINS
                                  UNITED STATES DISTRICT COURT JUDGE