1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   REBECCA A. HULL  Bar No. 99802
2  CARI COHORN  Bar No. 249056
   One Market Plaza
3  Steuart Tower, 8th Floor
   San Francisco, California 94105
4  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
5
   Attorneys for Defendants
6  SALARY CONTINUANCE AND LONG
   TERM DISABILITY PLAN; KAISER FOUNDATION
7  HEALTH PLAN; KAISER PERMANENTE
   SALARIED RETIREMENT PLAN
8

9

10            UNITED STATES DISTRICT COURT

11          NORTHERN DISTRICT OF CALIFORNIA

12  LINDA HOLT,                          CASE NO. C 07 4656 VRW

13          Plaintiff,                   **STIPULATION AND [PROPOSED]
                                         ORDER FOR CONTINUANCE OF CASE
14       v.                             MANAGEMENT CONFERENCE**

15  SALARY CONTINUANCE AND LONG
    TERM DISABILITY PLAN; KAISER
16  FOUNDATION HEALTH PLAN;
    KAISER PERMANENTE SALARIED
17  RETIREMENT PLAN,

18          Defendants.

19          Plaintiff Linda Holt and Defendants Salary Continuance And Long Term Disability Plan;

20  Kaiser Foundation Health Plan; Kaiser Permanente Salaried Retirement Plan (collectively, the

21  "parties"), by and through their respective counsel, hereby stipulate as follows:

22          WHEREAS, an Initial Case Management Conference is currently set to take place in this

23  action on May 29, 2008 at 3:30 p.m.;

24          WHEREAS, the parties have agreed to continue the Case Management Conference;

25          WHEREAS, the parties have agreed to voluntary mediation set for May 2, 2008;

26          NOW, THEREFORE, the parties hereby stipulate to and mutually request that the Court

27  vacate the Initial Case Management Conference currently set for May 29, 2008 at 3:30 p.m., and

28  reschedule the Initial Case Management Conference to take place on June 26, 2008 at 3:30 p.m.,

1   with the Joint Case Management Conference Statement due on June 19, 2008.

2            IT IS SO AGREED AND STIPULATED.

3   DATED:  March 4, 2008            The ERISA Law Group

4

5                                    By:     /s/ Thornton Davidson (as authorized 3/4/08)
6                                            Thornton Davidson
                                             Attorneys for Plaintiff Linda Holt
7

8   DATED:  March 4, 2008            SEDGWICK, DETERT, MORAN & ARNOLD LLP

9

10

11                                   By: /s/ Rebecca A. Hull
                                         Rebecca A. Hull
12                                       Cari A. Cohorn
                                         Attorneys for Defendants
13                                       SALARY CONTINUANCE AND LONG TERM
                                         DISABILITY PLAN; KAISER FOUNDATION
14                                       HEALTH PLAN; KAISER PERMANENTE
                                         SALARIED RETIREMENT PLAN

15

16

17            IT IS SO ORDERED.

18  Dated: _____      _____
                                        Vaughn R. Walker
19                                      UNITED STATES DISTRICT CHIEF JUDGE

20

21

22

23

24

25

26

27

28