```
 1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
    REBECCA A. HULL  Bar No. 99802
 2  CARI COHORN  Bar No. 249056
    One Market Plaza
 3  Steuart Tower, 8th Floor
    San Francisco, California 94105
 4  Telephone: (415) 781-7900
    Facsimile: (415) 781-2635
 5
    Attorneys for Defendants
 6  SALARY CONTINUANCE AND LONG
    TERM DISABILITY PLAN; KAISER FOUNDATION
 7  HEALTH PLAN; KAISER PERMANENTE
    SALARIED RETIREMENT PLAN
 8
 9
```

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 12  LINDA HOLT, | CASE NO. C 07 4656 VRW |
| 13        Plaintiff, | **STIPULATION AND [~~PROPOSED~~]** |
|   | **ORDER FOR CONTINUANCE OF CASE** |
| 14     v. | **MANAGEMENT CONFERENCE** |
| 15  SALARY CONTINUANCE AND LONG | |
|     TERM DISABILITY PLAN; KAISER | |
| 16  FOUNDATION HEALTH PLAN; | |
|     KAISER PERMANENTE SALARIED | |
| 17  RETIREMENT PLAN, | |
| 18        Defendants. | |

19     Plaintiff Linda Holt and Defendants Salary Continuance And Long Term Disability Plan;

20  Kaiser Foundation Health Plan; Kaiser Permanente Salaried Retirement Plan (collectively, the

21  "parties"), by and through their respective counsel, hereby stipulate as follows:

22     WHEREAS, an Initial Case Management Conference is currently set to take place in this

23  action on May 29, 2008 at 3:30 p.m.;

24     WHEREAS, the parties have agreed to continue the Case Management Conference;

25     WHEREAS, the parties have agreed to voluntary mediation set for May 2, 2008;

26     NOW, THEREFORE, the parties hereby stipulate to and mutually request that the Court

27  vacate the Initial Case Management Conference currently set for May 29, 2008 at 3:30 p.m., and

28  reschedule the Initial Case Management Conference to take place on June 26, 2008 at 3:30 p.m.,

1 | with the Joint Case Management Conference Statement due on June 19, 2008.

2 |   IT IS SO AGREED AND STIPULATED.

3 | DATED: March 4, 2008  The ERISA Law Group

4

5

6 |         By: /s/ Thornton Davidson (as authorized 3/4/08)
          Thornton Davidson
7 |           Attorneys for Plaintiff Linda Holt

8 | DATED: March 4, 2008  SEDGWICK, DETERT, MORAN & ARNOLD LLP

9

10

11 |         By: /s/ Rebecca A. Hull
         Rebecca A. Hull
12 |          Cari A. Cohorn
         Attorneys for Defendants
13 |          SALARY CONTINUANCE AND LONG TERM
         DISABILITY PLAN; KAISER FOUNDATION
14 |          HEALTH PLAN; KAISER PERMANENTE
         SALARIED RETIREMENT PLAN

17 |   IT IS SO ORDERED.

18 | Dated: 3/6/08

            Vaughn R. Walker
            UNITED STATES DISTRICT CHIEF JUDGE

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — GRANTED / Judge Vaughn R Walker]

SF/1491581v1  -2-  CASE NO. C 07 4656 VRW
STIPULATION TO EXTEND