**THORNTON DAVIDSON**, #166487
The ERISA Law Group
2055 San Joaquin Street
Fresno, California 93721-2717
Telephone (559) 256-9800
Telephone (559) 256-9795
e-mail: thorntondavidson@aol.com

Attorney for Plaintiff, LINDA HOLT

UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA HOLT, <br><br> Plaintiff, <br><br> v. <br><br> SALARY CONTINUANCE AND LONG TERM DISABILITY PLAN; KAISER FOUNDATION HEALTH PLAN; KAISER PERMANENTE SALARIED RETIREMENT PLAN, <br><br> Defendants. | Case No. C 07-4656 MJJ <br><br> **NOTICE OF SETTLEMENT** |

PLEASE TAKE NOTICE THAT Plaintiff, Linda Holt, and Defendants, Salary Continuance and Long Term Disability Plan, Kaiser Foundational Health Plan and Kaiser Permanente Salaried Retirement Plan, have settled the above referenced case. This settlement is contingent upon the execution of a written settlement agreement and compliance with its terms. The case will be dismissed by Plaintiff upon execution of said settlement agreement and compliance with its terms. Please remove all currently scheduled hearings and deadlines on the Court's calendar for this case.

Dated: May 27, 2008                    s/ Thornton Davidson
                                       THORNTON DAVIDSON
                                       Attorney for Plaintiff,
                                       LINDA HOLT

NOTICE OF SETTLEMENT