IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA HOLT, | No   C 07-4656 VRW |
| Plaintiffs, | ORDER |
| v | |
| SALARY CONTINUANCE AND LONG TERM DISABILITY PLAN, et al, | |
| Defendants. | |

On May 27, 2008 the parties filed a notice that they have settled this case "contingent upon the execution of a written settlement agreement and compliance with its terms." Doc #23. This matter is therefore ordered closed administratively. The clerk shall re-open the case upon the written request of either party should the contingencies referred to in the notice of settlement not be fulfilled. Plaintiff shall file a dismissal upon the discharge of all such contingencies.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge